UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Taqueria El Primo LLC,<br>Victor Manuel Delgado Jimenez,<br>Mitchelle Chavez Solis,<br>El Chinelo Produce, Inc.,<br>Virginia Sanchez-Gomez, and<br>Benjamin Tarnowski, on behalf of<br>themselves and others similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>Farmers Group, Inc.,<br>Truck Insurance Exchange,<br>Farmers Insurance Company, Inc.,<br>Farmers Insurance Exchange,<br>Illinois Farmers Insurance Company, and<br>Mid-Century Insurance Company,<br><br>                    Defendants. | Court File No. 0:19-cv-3071 (JRT/ECW)<br><br>**NOTICE OF APPEAL** |

---

Notice is hereby given in accordance with Federal Rules of Appellate Procedure 3 and 4 and 28 U.S.C. § 1292(a)(1) that Defendants appeal to the United States Court of Appeals for the Eighth Circuit from the judgment of the United States District Court for the District of Minnesota that was entered on September 14, 2023 (ECF 664) (the "Judgment"), enjoining Defendants from "enforcing or entering into billing limitation agreements as alleged in this action," and the Court's September 13, 2023 Memorandum Opinion and Order on Cross Motions for Summary Judgment and Motions to Exclude (ECF No. 663) (the "Order") underlying the Judgment.

120865642.2 0045556-00195

This notice is timely under Federal Rule of Appellate Procedure 4(a)(1)(A) because it was filed within thirty days from both entry of the Order and the Judgment.

|  |  |
|---|---|
|  | **STOEL RIVES LLP** |
| Dated:  September 20, 2023 | *s/ Marc A. Al*<br>Marc A. Al  (247923)<br>Emily C. Atmore  (399995)<br>John T. Katuska  (401273)<br>33 South Sixth Street, Suite 4200<br>Minneapolis, MN  55402<br>Telephone:  (612) 373-8801<br>Facsimile:  (612) 373-8881<br>marc.al@stoel.com<br>emily.atmore@stoel.com<br>john.katuska@stoel.com<br><br>Timothy W. Snider (*pro hac vice*)<br>760 SW Ninth Avenue, Suite 3000<br>Portland, OR  97205<br>Telephone:  (503) 294-9557<br>Facsimile:  (503) 220-2480<br>timothy.snider@stoel.com<br><br>**COUNSEL FOR DEFENDANTS** |