**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| TAQUERIA EL PRIMO LLC, VICTOR MANUEL DELGADO JIMENEZ, MITCHELLE CHAVEZ SOLIS, BENJAMIN TARNOWSKI, EL CHINELO PRODUCE, INC., and VIRGINIA SANCHEZ-GOMEZ, on behalf of themselves and others similarly situated, | Civil No. 19-3071 (JRT/ECW) |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR AUTHORIZATION OF PAYMENT OF ALL COURT-APPROVED FEES, EXPENSES, COSTS, AND AWARDS AND SETTLEMENT DISTRIBUTION STATUS REPORT** |
| v. | |
| ILLINOIS FARMERS INSURANCE COMPANY, FARMERS INSURANCE EXCHANGE, FARMERS GROUP, INC., TRUCK INSURANCE EXCHANGE, and MID-CENTURY INSURANCE COMPANY, | |
| Defendants. | |

Having reviewed Plaintiffs' Unopposed Motion for Authorization of Payment of All Court-Approved Fees, Expenses, Costs, and Awards and Settlement Distribution Status Report (Docket No. 809), the accompanying memorandum and supporting declarations, and all other evidence and arguments presented, the Court will grant the motion.

**ORDER**

Based on the foregoing, and all the files, records, and proceedings herein, the Court hereby **FINDS AND ORDERS**:

1. The Court has jurisdiction over the subject matter of this litigation and over the parties to the Settlement Agreement, including all Settlement Class Members and Defendants.

2. On September 4, 2025, the Court granted Class Counsel's Motion for Attorney's Fees, Expenses, and Service Awards. (Docket No. 800.)

3. On October 21, 2025, the Court approved Class Counsel's request for $74,376.26 in claims administration costs. (Docket No. 808.)

4. The Court directs the Escrow Agent to pay all Court-approved fees, expenses, awards, costs, and service awards within **three (3) business days** of entry of this Order. These payments are accurately described in Docket No. 808 and reproduced below.

| Description | | Total |
|---|---|---|
| Funding by Defendants | $ | 1,950,000.00 |
| **Gross Settlement Fund** | **$** | **1,950,000.00** |
| Interest | $ | - |
| Taxes | $ | - |
| Escrow Fees | $ | - |
| Court-Approved Attorneys' Fees (Docket No. 800) | $ | 643,500.00 |
| Court-Approved Litigation Expenses (Docket No. 800) | $ | 670,200.00 |
| Court-Approved Services Awards (Docket No. 800) | $ | 20,000.00 |
| Court-Approved Claims Administration Costs (Docket No. 800) | $ | 100,000.00 |
| Court-Approved Anticipated Claims Administration Costs through the end of Distribution | $ | 74,376.26 |
| **Net Settlement Fund** | **$** | **441,923.74** |

5.    Plaintiffs' Unopposed Motion for Authorization of Payment of All Court-Approved Fees, Expenses, Costs, and Awards and Settlement Distribution Status Report (Docket No. [809]) is **GRANTED**.

6.    The Court retains continuing jurisdiction over the administration and distribution of the Settlement proceeds.

DATED:  April 30, 2026                           _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                        JOHN R. TUNHEIM
                                                  United States District Judge